Núm. 244.—RODRÍGUEZ, recurrente, *v.* COMISIÓN INDUSTRIAL, ETC., dmda.; SUCN. LUCAS P. VALDIVIESO, patrono.—Original. ▮
▮ Agosto 1, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, este Tribunal decidió conocer del presente recurso de revisión a virtud de las alegaciones de la petición radicada por la recurrente al efecto de que la Comisión Industrial no permitió prueba de la conducta inmoral y relaciones amorosas y carnales con otros hombres, de la madre del niño José Manuel Ortiz, alegado hijo póstumo del obrero fenecido, al tiempo de la concepción y nacimiento de dicho niño;

POR CUANTO, la referida Antonia Ortiz, madre del niño, solicitó de esta Corte la desestimación del recurso porque la cuestión de derecho antes mencionada no existe, toda vez que la evidencia no admitida se refería a actos posteriores a la concepción y al nacimiento del niño y por consiguiente era inmaterial a los efectos de resolver sobre la paternidad en controversia;

POR CUANTO, las partes fueron oídas en relación con dicha moción, quedando la misma sometida el 22 del mes pasado;

Por cuanto, examinado el récord taquigráfico de la vista celebrada en la Comisión Industrial, claramente aparece que el alegado error de derecho no existe, toda vez que la evidencia no admitida no se refería a la fecha de la concepción del niño y era además insustancial y claramente impertinente;

Por cuanto, no existiendo dicho error, la petición de revisión carece de méritos;

Por tanto, se declara con lugar la moción y se desestima el recurso.

El Juez Asociado Sr. Travieso no intervino.